UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DISTRICT

ASHLEY STOCK,

    Plaintiff,

v.

    Case No. 22-CV-04104-DGK

JAMES L. GRAY, *et. al.*,

    Hon. David Gregory Kays

    Defendants,

**PLAINTIFF ASHLEY STOCK'S MOTION FOR PRELIMINARY INJUNCTION**

In accordance with Federal Rule of Civil Procedure 65 and Local Rule 7, Plaintiff Ashley Stock hereby moves the Court for an order prohibiting Defendants James L. Gray, Christian S. Tadrus, Douglas R. Lang, Anita K. Parran, Christina M. Lindsay, Colby Grove, and Pamela L. Marshall, in their official capacities as members or officers of the Missouri Board of Pharmacy, from reviewing, investigating, prosecuting, adjudicating, or enforcing violations of the second sentence of Missouri Revised Statute §338.055(7).

Good cause exists for the granting of this motion, as set forth in the accompanying Suggestions and the verified complaint. Under Local Rule 7.0(e), Stock requests oral argument on this motion.

Dated: July 22, 2022

/s/ Jonathan R. Whitehead
Jonathan R. Whitehead, Mo. Bar. 56848
LAW OFFICES OF JONATHAN R. WHITEHEAD LLC
229 SE Douglas, Suite 210
Lee's Summit, MO 64063
Phone: (816) 398-8305
Email: jon@whiteheadlawllc.com

Adam E. Schulman (*pro hac vice*)
HAMILTON LINCOLN LAW INSTITUTE
CENTER FOR CLASS ACTION FAIRNESS
1629 K Street, NW Suite 300
Washington, DC 20006
Phone: (610) 457-0856
Email: adam.schulman@hlli.org

*Attorneys for Plaintiff Ashley Stock*

# CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of July, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF system. Additionally, I have caused the defendants to be personally served a copy of this motion and the accompanying suggestions, by mail to the Defendants and their Executive Director, Kimberly Grinston, at the Board's offices, 3605 Missouri Blvd., Jefferson City, MO 65109, as well as by email to kimberly.grinston@pr.mo.gov, as Ms. Grinston represents that the Board has authorized her to accept service of process in this matter.

/s/ Jonathan Whitehead