**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

|  |  |  |
|---|---|---|
| ASHLEY STOCK, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | No. 2:2022-cv-04104 |
| | ) | |
| JAMES L. GRAY, III in his official capacity | ) | |
| as President of the Missouri Board of | ) | |
| Pharmacy; CHRISTIAN S. TADRUS, in his | ) | |
| official capacity as Vice-President of the | ) | |
| Missouri Board of Pharmacy; | ) | |
| DOUGLAS R. LANG, in his official capacity | ) | |
| as Member of the Missouri Board of | ) | |
| Pharmacy; | ) | |
| ANITA L. PARRAN, in her official capacity | ) | |
| as Public Member of the Missouri Board of | ) | |
| Pharmacy; | ) | |
| CHRISTINA M. LINDSAY, in her official | ) | |
| capacity as Member of the Missouri Board of | ) | |
| Pharmacy; | ) | |
| COLBY GROVE, in his official capacity as | ) | |
| Member of the Missouri Board of Pharmacy; | ) | |
| PAMELA L. MARSHALL, in her official | ) | |
| capacity as President of the Missouri Board of | ) | |
| Pharmacy, | ) | |
| | ) | |
| *Defendants.* | | |

**Certificate of Service**

I hereby certify that on the 18th day of October, 2023, I served the Defendant's

*First Request for Interrogatories Directed to Plaintiff* and *First Requests for Production*

*of Documents Directed to Plaintiff* upon counsel for Plaintiff by electronic mail and U.S.

mail, at the addresses below:

**Adam E. Schulman**
Hamilton Lincoln Law Institute
1629 K Street NW
Suite 300
Washington, DC 20006
610-457-0856
adam.schulman@hlli.org

**Jonathan R. Whitehead**
Law Offices of Jonathan R. Whitehead, LLC
229 SE Douglas, Ste. 210
Lees Summit, MO 64063
816-398-8305
jon@whiteheadlawllc.com

Respectfully submitted,

ANDREW BAILEY
Missouri Attorney General

*/s/ Matthew J. Tkachuk*
Matthew J. Tkachuk, No. 74874
Assistant Attorney General
P.O. Box 899
Jefferson City, MO 65102
Phone: 573-751-8345
Matthew.Tkachuk@ago.mo.gov

*Counsel for Defendants*