UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DISTRICT

ASHLEY STOCK,

    Plaintiff,

v.

    Case No. 22-CV-04104-DGK

JAMES L. GRAY, *et al.*,

    Hon. David Gregory Kays

    Defendants,

**PLAINTIFF ASHLEY STOCK'S UNOPPOSED MOTION
TO EXTEND THE TIME TO FILE
MOTION FOR ATTORNEY' FEES AND COSTS**

i

In accordance with Fed. R. Civ. P. 6(b)(1)(A), plaintiff Ashley Stock moves this Court to grant her an extension of time under which to file a Fed. R. Civ. P. 54(d) motion for attorneys' fees and costs. Stock moves the court to extend the Rule 54(d) deadline until fourteen days after the later occurring of: (1) the expiration of the appeal deadline (if the Defendants decide not to appeal) or (2) the return of a mandate to the district court (if the Defendants decide to appeal), both related to the Court's order (Dkt. 71) granting Plaintiff's Motion for Summary Judgment.

Defendants do not oppose this request. Good cause exists for granting this motion, as set forth in the accompanying Suggestions. Under Local Rule 7.0(e), Stock does not request oral argument on this motion.

Dated: April 9, 2025

/s/ Jonathan R. Whitehead
Jonathan R. Whitehead, Mo. Bar. 56848
LAW OFFICES OF JONATHAN R. WHITEHEAD LLC
229 SE Douglas, Suite 210
Lee's Summit, MO 64063
Phone: (816) 398-8305
Email: jon@whiteheadlawllc.com

Adam E. Schulman (*pro hac vice*)
HAMILTON LINCOLN LAW INSTITUTE
CENTER FOR CLASS ACTION FAIRNESS
1629 K Street, NW Suite 300
Washington, DC 20006
Phone: (610) 457-0856
Email: adam.schulman@hlli.org

*Attorneys for Plaintiff Ashley Stock*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day April, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF system.

/s/ Jonathan Whitehead